EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Chief, Violent Crimes Section

MATTHEW J. RINKA
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii  96850
Telephone:  (808) 440-9248
Facsimile:  (808) 541-2958
E-Mail:  Matthew.Rinka@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LODGED
OCT 29 2003
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 3 0 2003
at ___ o'clock and ___ min. ___M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMILCAR C. JONES,<br><br>　　　　　Defendant. | CR. NO. 03-00255 SOM<br><br>ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Amilcar C. Jones, without prejudice, on the grounds that the U.S. Navy has now subjected the Defendant to Captain's Mast, pursuant to Article 15, Uniform Code of Military

Justice, and has sentenced the Defendant to a satisfactory punishment under the circumstances of the case.

The defendant is not in custody on the dismissed charge listed above.

DATED: ___OCT 29___, 2003, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

By _____
   MATTHEW J. RINKA
   Sp. Assistant U.S. Attorney

Leave of court is GRANTED for the filing of the foregoing dismissal.

**SUSAN OKI MOLLWAY**
_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
United States District Judge

United States v. Amilcar C. Jones
CR. NO. 03-00255 SOM
United States' Motion to Dismiss; Order

2